[Cite as *10/14/2002 Case Announcements*, 2002-Ohio-5500.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 14, 2002*

## MEDIATION REFERRALS

The following cases have been referred to mediation pursuant to S.Ct.Prac.R. XIV(6):

**2002–1677. J & L Power Equip., Inc. v. Zaino.**
Board of Tax Appeals, No. 97–A–535.

The following cases have been returned to the regular docket pursuant to S.Ct.Prac.R. XIV(6)(E):

**2002–1297. N. Olmsted City School Dist. Bd. of Edn. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 99–N–1728.

[Cite as *10/17/2002 Case Announcements*, 2002-Ohio-5557.]

# CASE ANNOUNCEMENTS AND ADMINISTRATIVE ACTIONS

*October 17, 2002*

## MOTION AND PROCEDURAL RULINGS

**2002–1007. South–Western City School Dist. Bd. of Edn. v. Franklin Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2001–T–14. This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, sua sponte, that appellant show cause, within 14 days of the date of this order, why this cause should not be dismissed as a premature appeal upon the authority of *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision*, 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160, for failure of the board of revision to serve a copy of its decision on the Tax Commissioner as required by R.C. 5715.20.

**2002–1013. E. Liverpool v. Columbiana Cty. Budget Comm.**
Board of Tax Appeals, Nos. 00–T–21, 00–T–377, 97–T–1516, 97–T–1517, 98–T–1322 and 98–T–1323. This cause is pending before the court as an appeal from the Board of Tax Appeals. On August 14, 2002, appellant filed a motion for stay of briefing schedule pending the resolution of Supreme Court case No. 2002–0920, *State ex rel. E. Liverpool v. Gausse–Milliken et al.* On August 26, 2002, this court granted appellant's motion for stay of briefing schedule. Whereas this court dismissed case No. 2002–0920 on September 4, 2002,

IT IS ORDERED by the court that appellant file its merit brief within 40 days of the date of this entry and the parties shall otherwise proceed in accordance with S.Ct.Prac.R. VI.

**2002–1064. Fogg Brooklyn Hts., L.L.C. v. Cuyahoga Cty. Bd. of Revision.**
Board of Tax Appeals, No. 01–K–47. This cause is pending before the court as an appeal from the Board of Tax Appeals.

IT IS ORDERED by the court, sua sponte, that appellant show cause, within 14 days of the date of this order, why this cause should not be dismissed as a premature appeal upon the authority of *Cleveland Elec. Illum. Co. v. Lake Cty. Bd. of Revision*, 96 Ohio St.3d 165, 2002-Ohio-4033, 772 N.E.2d 1160, for failure of the board of revision to serve a copy of its decision on the Tax Commissioner as required by R.C. 5715.20.

**2002–1095. Cleveland Mun. School Dist. Bd. of Edn. v. Cuyahoga Cty. Aud.**
Board of Tax Appeals, Nos. 99–J–1763, 99–J–1764, 99–J–1773 and 99–J–1774. This cause is pending before the court as an appeal from the Board of Tax Appeals. Upon consideration of appellant's